1  William D. Hyslop
   United States Attorney
2  Eastern District of Washington
3  Daniel Hugo Fruchter
   Tyler H.L. Tornabene
4  Assistant United States Attorneys
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,
10
                      Plaintiff,          4:18-CR-6054-EFS
11
12        vs.                             United States' Witness List

13 SAMI ANWAR,
14 MID COLUMBIA RESEARCH LLC
   ZAIN RESEARCH, LLC
15
16                    Defendants.

17      Plaintiff, United States of America, by and through William D. Hyslop, United
18 States Attorney for the Eastern District of Washington, and Daniel Hugo Fruchter and
19 Tyler H.L. Tornabene, Assistant United States Attorneys, submits the attached Exhibit
20 List for trial scheduled to commence November 4, 2019:
21      Dated: October 24, 2019.
22
23                                        Respectfully Submitted,
24
25                                        William D. Hyslop
                                          United States Attorney
26
                                          /s/ Dan Fruchter
27 United States' Exhibit List - 1
28

Daniel Hugo Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Gary Metro, Counsel for Defendant

*s/Dan Fruchter*
Assistant United States Attorney

United States' Exhibit List - 2

United States v. Sami Anwar et al., 18-CR-6054-EFS (E.D. Wash.)
United States' Exhibit List
November 4, 2019

| Exhibit | | Bates Beg No | Bates End No. | Description |
|---|---|---|---|---|
| 1 | | 10001512 | 10001512 | Floor Plan |
| 2 | a | 60021342 | 60021342.45 | IRT Spreadsheet.pdf |
| 2 | b | 60021187 | 60021187 | PLACEHOLDER   XLSX IRT Spreadsheet |
| 3 | | 21160007 | 21160007.02 | 12.9.2016 Email re Braeburn PI Contact Number |
| 4 | | 60021347 | 60021347 | 7.19.2017 IRT Entry re CAM 2038 dispensed |
| 5 | | 80000056 | 80000056.02 | 7.26.2017 EDC Entry re ECG Performed |
| 6 | | 80000057 | 80000057.02 | 7.26.2017 EDC Entry re injection site exam |
| 7 | | 80000058 | 80000058.02 | 7.28.2017 EDC Entry re all criteria met |
| 8 | | 60021348 | 60021348 | 8.14.2017 IRT Entry re CAM 2038 dispensed |
| 9 | | 60021349 | 60021349 | 8.15.2017 IRT Entry re Hydrocodone dispensed |
| 10 | | 60021343 | 60021343 | 8.15.2017 IRT Entry re CAM 2038 dispensed |
| 11 | | 80000059 | 80000059.02 | 8.22.2017 EDC Entry re all creteria met |
| 12 | | 80000060 | 80000060.02 | 8.22.2017 EDC Entry re all creteria met |
| 13 | | 80000061 | 80000061.02 | 8.22.2017 EDC Entry re all creteria met |
| 14 | | 80000062 | 80000062.02 | 8.29.2017 EDC Entry re injection site |
| 15 | | 80000063 | 80000063.02 | 8.29.2017 EDC Entry re blood sample |
| 16 | | 60021344 | 60021344 | 8.30.2017 IRT Entry re Hydrocodone dispensed |
| 17 | | 80000064 | 80000064.02 | 9.1.2017 EDC Entry re injection site |
| 18 | | 80000065 | 80000065.02 | 9.1.2017 EDC Entry re rescue meds dispensed |
| 19 | | 80000066 | 80000066.02 | 9.5.2017 EDC Entry re rescue meds dispensed |
| 20 | | 60021345 | 60021345 | 9.13.2017 IRT Entry re Hydorcodone dispensed |
| 21 | | 80000067 | 80000067.02 | 9.14.2017 EDC Entry re rescue meds dispensed |
| 22 | | 60021346 | 60021346 | 10.3.2017 IRT Entry re Hydorcodone dispensed |
| 23 | | 80000068 | 80000068.02 | 10.4.2017 EDC Entry re rescue meds dispensed |
| 24 | | 80000069 | 80000069.02 | 10.9.2017 EDC Entry re attendance |
| 25 | | 80000070 | 80000070.02 | 10.9.2017 EDC Entry re vital signs |
| 26 | | 80000071 | 80000071 | 3.17.17 Check 6878 |
| 27 | | 80000072 | 80000072 | 4.13.2017 Check 69161 |
| 28 | | 80000073 | 80000073 | 5.25.2017 Check 69821 |
| 29 | | 80000074 | 80000074 | 6.8.2017 Check 70067 |
| 30 | | 80000075 | 80000075 | 7.6.2017 check 70563 |
| 31 | | 80000076 | 80000076 | 8.14.2017 Check 71010 |
| 32 | | 80000077 | 80000077 | 9.17.2017 Check 71628 |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 33 | 80000078 | 80000078 | 10.13.2017 Check 72068 |
| 34 | 80000079 | 80000079 | 11.27.2017 Check 72873 |
| 35 | 80000080 | 800000.10 | 11.22.2016 CSM Shipment Order 60372 112216 |
| 36 | 80000081 | 80000081.10 | 6.1.2017 CSM Shipment Order 68268 053117 |
| 37 | 80000082 | 80000082.08 | 7.24.2017 CMS Shipment Order 70550 072117 |
| 38 | 80000083 | 80000083.09 | 8.23.2017 CSM Shipment Order 71738 082317 |
| 39 | 80000084 | 80000084.07 | 9.26.2017 CSM Shipment Order 72994 092617 |
| 40 | 80000085 | 80000085.08 | 9.28.2017 CSM Shipment Order 73085 092717 |
| 41 | 16000887 | 16001971 | EDC Entries for Cholesterol Study  Subject 12361001 |
| 42 | 16001972 | 16002932 | EDC Entries for Cholesterol Study  Subject 12361002 |
| 43 | 16002933 | 16003118 | EDC Entries for Cholesterol Study  Subject 12361003 |
| 44 | 16003119 | 16004147 | EDC Entries for Cholesterol Study  Subject 12361004 |
| 45 | 16004148 | 16005066 | EDC Entries for Cholesterol Study  Subject 12361005 |
| 46 | 16005067 | 16006208 | EDC Entries for Cholesterol Study  Subject 12361006 |
| 47 | 16006209 | 16006562 | EDC Entries for Cholesterol Study  Subject 12361007 |
| 48 | 16006563 | 16007396 | EDC Entries for Cholesterol Study  Subject 12361008 |
| 49 | 16007397 | 16007956 | EDC Entries for Cholesterol Study  Subject 12361009 |
| 50 | 16007957 | 16008825 | EDC Entries for Cholesterol Study  Subject 12361010 |
| 51 | 16008826 | 16009319 | EDC Entries for Cholesterol Study  Subject 12361011 |
| 52 | 16009320 | 16009815 | EDC Entries for Cholesterol Study  Subject 12361012 |
| 53 | 16009816 | 16010263 | EDC Entries for Cholesterol Study  Subject 12361013 |
| 54 | 16010264 | 16011076 | EDC Entries for Cholesterol Study  Subject 12361014 |
| 55 | 16011077 | 16011235 | EDC Entries for Cholesterol Study  Subject 12361015 |
| 56 | 16011236 | 16011564 | EDC Entries for Cholesterol Study  Subject 12361016 |
| 57 | 16011565 | 16011770 | EDC Entries for Cholesterol Study  Subject 12361017 |
| 58 | 16011771 | 16012551 | EDC Entries for Cholesterol Study  Subject 12361018 |
| 59 | 16012552 | 16013360 | EDC Entries for Cholesterol Study  Subject 12361019 |
| 60 | 16013361 | 16013526 | EDC Entries for Cholesterol Study  Subject 12361020 |
| 61 | 16013527 | 16014076 | EDC Entries for Cholesterol Study  Subject 12361021 |
| 62 | 16014077 | 16014323 | EDC Entries for Cholesterol Study  Subject 12361022 |
| 63 | 16014324 | 16015098 | EDC Entries for Cholesterol Study  Subject 12361023 |
| 64 | 16015099 | 16015296 | EDC Entries for Cholesterol Study  Subject 12361024 |
| 65 | 16015297 | 16016068 | EDC Entries for Cholesterol Study  Subject 12361025 |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 66 | 16016069 | 16016769 | EDC Entries for Cholesterol Study  Subject 12361026 |
| 67 | 16016770 | 16016940 | EDC Entries for Cholesterol Study  Subject 12361027 |
| 68 | 16016941 | 16017675 | EDC Entries for Cholesterol Study  Subject 12361028 |
| 69 | 16017676 | 16018376 | EDC Entries for Cholesterol Study  Subject 12361029 |
| 70 | 16018377 | 16018563 | EDC Entries for Cholesterol Study  Subject 12361030 |
| 71 | 16018564 | 16019341 | EDC Entries for Cholesterol Study  Subject 12361031 |
| 72 | 16019342 | 16019727 | EDC Entries for Cholesterol Study  Subject 12361032 |
| 73 | 16019728 | 16020485 | EDC Entries for Cholesterol Study  Subject 12361033 |
| 74 | 16020486 | 16021198 | EDC Entries for Cholesterol Study  Subject 12361034 |
| 75 | 16021199 | 16021884 | EDC Entries for Cholesterol Study  Subject 12361035 |
| 76 | 16021885 | 16022049 | EDC Entries for Cholesterol Study  Subject 12361036 |
| 77 | 16022050 | 16023206 | EDC Entries for Cholesterol Study  Subject 12361037 |
| 78 | 16023207 | 16023361 | EDC Entries for Cholesterol Study  Subject 12361038 |
| 79 | 16023362 | 16023490 | EDC Entries for Cholesterol Study  Subject 12361039 |
| 80 | 16023491 | 16023673 | EDC Entries for Cholesterol Study  Subject 12361040 |
| 81 | 10002374 | 10002374 | Progress Note re Cholesterol Study Subject 1001 |
| 82 | 12000076 | 12000088 | Certified WA SoS Records for Incorporation of Zain Research |
| 83 | 13000001 | 13000002 | Site Termination Letter for Cholesterol Study |
| 84 | 13000798 | 13000799 | FDA Form 1572   December 17  2013 |
| 85 | 13001081 | 13001188 | FDA Establishment Inspection Report |
| 86 | 13001204 | 13001219 | Form FDA 483 for Zain Research |
| 87 | 13001221 | 13001240 | Zain Response to FDA 483 |
| 88 | 13001264 | 13001266 | Amended Zain Response to FDA 483 |
| 89 | 13001434 | 13001435 | FDA Form 1572   April 17  2014 |
| 90 | 13001436 | 13001437 | FDA Form 1572   August 1  2014 |
| 91 | 13001438 | 13001439 | FDA Form 1572   March 9  2015 |
| 92 | 13001557 | 13001565 | FDA Warning Letter to Nand |
| 93 | 15000162 | 15000186 | Supporting docs for Pfizer Cholesterol Audit |
| 94 | 15000382 | 15000384 | Pfizer Letter to Zain re  Cholesterol Study |
| 95 | 15000392 | 15000392 | Pfizer letter suspending Screening on Cholesterol Study |
| 96 | 15000404 | 15000421 | Pfizer Audit Report Cholesterol Study |
| 97 | 15000432 | 15000434 | Email Fast to Pena re Cholesterol Study |
| 98 | 16000066 | 16000074 | Email Ruoco to Ellingford re Cholesterol Study with attachment re payments |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 99 | 16000152 | 16000154 | Cholesterol Study Critical Information Sheet |
| 100 | 16000170 | 16000185 | Email Ruoco to Winnestorfer re Payments for Cholesterol Study |
| 101 | 16000189 | 16000193 | Email Ellingford to Fegan re Cholesterol Study |
| 102 | 16000194 | 16000194 | Email Fegan to Anwar re closeout of cholesterol study |
| 103 | 16000200 | 16000205 | Email Ellingford to Durham |
| 104 | 16000537 | 16000558 | Clinical Study Agreement Cholesterol Study |
| 105 | 16000879 | 16000886 | ICON Payments Spreadsheet for Cholesterol Study |
| 106 | 16023806 | 16023855 | Subject Deviations for Cholesterol Study |
| 107 | 16027032 | 16027035 | Anwar email to Bonny Galazka re C 1073 14 protocol |
| 108 | 16028361 | 16028362 | Email Lei to Anwar |
| 109 | 16028927 | 16028930 | Email from ICON to Anwar re needed documents |
| 110 | 16039525 | 16039662 | Emails and Invoices for Cholesterol Study |
| 111 | 16039697 | 16039844 | Invoices for Cholesterol Study |
| 112 | 16041020 | 16041020.06 | Email Cruto to Heywood |
| 113 | 16041060 | 16041060.03 | Email Heywood to Noble |
| 114 | 16041101 | 16041101 | Email Heywood to Cruto et al. |
| 115 | 22052166 | 22052166.04 | Email Ellingford to Durham re Pfizer B1481020 |
| 116 | 23304738 | 23304738.06 | Email to ICON RE contact number |
| 117 | 23307222 | 2330722.03 | Email to ICON re Audit |
| 118 | 23340049 | 23340049.02 | Email to FDA re Warning Letter |
| 119 | 24000037 | 24000044 | Ledger of Checks |
| 120 | 24000080 | 24000081 | List of Studies |
| 121 | 24000087 | 24000087 | List of Studies |
| 122 | 24000285 | 24000286 | Memos to File |
| 123 | 24000338 | 24000356 | Zain Research Audit Observations |
| 124 | 24000381 | 24000388 | Response to FDA Warning Letter |
| 125 | 24000553 | 24000582 | Ledger of Payments |
| 126 | 24001271 | 24001314 | Protocol Deviations for Cholesterol Study |
| 127 | 10002323 | 10002326 | Progress Notes and other Clinical Files |
| 128 | 10002371 | 10002371 | Progress Note Subject 1005 (ZIL) |
| 129 | 10002372 | 10002372 | Progress Note Subject 1005 (ZIL) |
| 130 | 13000685 | 13000686 | FDA 1572 Smoking Cessation 11/4/2013 |
| 131 | 13000687 | 13000688 | FDA 1572 Smoking Cessation 9/7/2016 |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 132 | 13000702 | 13000703 | FDA 1572 Smoking Cessation 3/23/2015 |
| 133 | 15000001 | 15000002 | Site Termination Letter from Pfizer re Smoking Cessation |
| 134 | 15000067 | 15000075 | Informed Consent for Smoking Study |
| 135 | 15000077 | 15000078 | Noncompliance Summary |
| 136 | 15000096 | 15000113 | Progress Notes re Smoking Cessation |
| 137 | 15000243 | 15000243 | Email from Scislowski to Fast re A3051073 |
| 138 | 15000435 | 15000499 | Shipment info for Smoking Cessation Study |
| 139 | 16039712 | 16039828 | Smoking Cessation Invoices |
| 140 | 17000003 | 17000003 | Payment Spreadsheet for Smoking Study |
| 141 | 17000004 | 17000029 | Smoking Cessation Clinical Study Agreement |
| 142 | 17000045 | 17000092 | Impact Payment Breakdown for Smoking Cessation Study |
| 143 | 17000094 | 17000096 | Email from Lee re A3051073 |
| 144 | 17000118 | 17000141 | Pfizer For Cause Audit re Smoking Cessation Study |
| 145 | 17000170 | 17000328 | Monitoring Reports for Smoking Cessation Study |
| 146 | 17000361 | 17000361 | Parexel Contact Log for Smoking Cessation Study |
| 147 | 24000015 | 24000036 | Informed Consent for Subject Smoking Cessation Study |
| 148 | 24000093 | 24000284 | Letter from Parexel to Anwar re Smoking Cessation Study |
| 149 | 24000584 | 24000593 | Email from Lee to Moulton and Sakic |
| 150 | 24000657 | 24000658 | Email from Lee to Ellingford and Birge re A3051073 |
| 151 | 24000665 | 24000665 | Email Scislowski to Ellingford re Study A3051073 |
| 152 | 24000935 | 24000939 | Email Munshi to Birge |
| 153 | 24001955 | 24001958 | Email Ellingford to Maksin and Durham |
| 154 | 10001858 | 10001859 | Form 1572 for Brackett Trials |
| 155 | 10001860 | 10001861 | Signed Clinical Trial Agreement |
| 156 | 10001869 | 10001871 | Email Jabbar to Schuster re Braeburn HS 16 555 |
| 157 | 12000001 | 12000009 | Certified WA SoS Records for Incorporation of Bracket Trials |
| 158 | 13000192 | 13000276 | Establishment Inspection Report and Attachments |
| 159 | 13000526 | 13000527 | Email from Tierno re Complaint against Jabbar |
| 160 | 13000911 | 13000912 | Form 1572 for Brackett Trials 11/9/2016 |
| 161 | 13000913 | 13000918 | Jabbar Resume |
| 162 | 13001688 | 13001722 | Clinical Trial Agreement for Bracket Trials |
| 163 | 40029831 | 40029839 | Mutual Nondisclosure Agreement for Bracket Trials |
| 164 | 40029857 | 40029884 | Letter from CSM with DEA 222 Forms for Bracket Trials |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 165 | 40030560 | 40030563 | DEA 222 Forms for Bracket Trials |
| 166 | 10000001 | 10000004 | DEA 6  1 11 18  Intel Regarding MCR from ELLINGFORD Redacted |
| 167 | 60000001 | 60000354 | EDC Entries for Braeburn Study Blank EDC Entry Casebook |
| 168 | 60000355 | 60000627 | EDC Entries for Braeburn Study  Subject 068 001 |
| 169 | 60000628 | 60001488 | EDC Entries for Braeburn Study  Subject 068 002 |
| 170 | 60001489 | 60001822 | EDC Entries for Braeburn Study  Subject 068 003 |
| 171 | 60001823 | 60002400 | EDC Entries for Braeburn Study  Subject 068 004 |
| 172 | 60002401 | 60003206 | EDC Entries for Braeburn Study  Subject 068 005 |
| 173 | 60003207 | 60003966 | EDC Entries for Braeburn Study  Subject 068 006 |
| 174 | 60003967 | 60003994 | EDC Entries for Braeburn Study  Subject 068 007 |
| 175 | 60003995 | 60004022 | EDC Entries for Braeburn Study  Subject 068 008 |
| 176 | 60004023 | 60004440 | EDC Entries for Braeburn Study  Subject 068 009 |
| 177 | 60004441 | 60005101 | EDC Entries for Braeburn Study  Subject 068 010 |
| 178 | 60005102 | 60005785 | EDC Entries for Braeburn Study  Subject 068 011 |
| 179 | 60005786 | 60006450 | EDC Entries for Braeburn Study  Subject 068 012 |
| 180 | 60006451 | 60007155 | EDC Entries for Braeburn Study  Subject 068 013 |
| 181 | 60007156 | 60007827 | EDC Entries for Braeburn Study  Subject 068 014 |
| 182 | 60007828 | 60008606 | EDC Entries for Braeburn Study  Subject 068 015 |
| 183 | 60008607 | 60009288 | EDC Entries for Braeburn Study  Subject 068 016 |
| 184 | 60009289 | 60009954 | EDC Entries for Braeburn Study  Subject 068 017 |
| 185 | 60009955 | 60010601 | EDC Entries for Braeburn Study  Subject 068 018 |
| 186 | 60010602 | 60011109 | EDC Entries for Braeburn Study  Subject 068 019 |
| 187 | 60011110 | 60011592 | EDC Entries for Braeburn Study  Subject 068 020 |
| 188 | 60011593 | 60011838 | EDC Entries for Braeburn Study  Subject 068 021 |
| 189 | 60011839 | 60012335 | EDC Entries for Braeburn Study  Subject 068 022 |
| 190 | 60012336 | 60012807 | EDC Entries for Braeburn Study  Subject 068 023 |
| 191 | 60012808 | 60013291 | EDC Entries for Braeburn Study  Subject 068 024 |
| 192 | 60013292 | 60013761 | EDC Entries for Braeburn Study  Subject 068 025 |
| 193 | 60013762 | 60014267 | EDC Entries for Braeburn Study  Subject 068 026 |
| 194 | 60014268 | 60014772 | EDC Entries for Braeburn Study  Subject 068 027 |
| 195 | 60014773 | 60015294 | EDC Entries for Braeburn Study  Subject 068 028 |
| 196 | 60015295 | 60015750 | EDC Entries for Braeburn Study  Subject 068 029 |
| 197 | 60015751 | 60016248 | EDC Entries for Braeburn Study  Subject 068 030 |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 198 | 60016249 | 60016720 | EDC Entries for Braeburn Study  Subject 068_031 |
| 199 | 60016721 | 60017124 | EDC Entries for Braeburn Study  Subject 068_032 |
| 200 | 60017125 | 60017212 | EDC Entries for Braeburn Study  Subject 068_033 |
| 201 | 60017213 | 60017583 | EDC Entries for Braeburn Study  Subject 068_034 |
| 202 | 60017584 | 60017880 | EDC Entries for Braeburn Study  Subject 068_035 |
| 203 | 60017881 | 60018181 | EDC Entries for Braeburn Study  Subject 068_036 |
| 204 | 60018182 | 60018463 | EDC Entries for Braeburn Study  Subject 068_037 |
| 205 | 60018464 | 60018755 | EDC Entries for Braeburn Study  Subject 068_038 |
| 206 | 60018756 | 60019029 | EDC Entries for Braeburn Study  Subject 068_039 |
| 207 | 60019030 | 60019309 | EDC Entries for Braeburn Study  Subject 068_040 |
| 208 | 40001924 | 40002219 | Subject Binder for Subject 068_001 |
| 209 | 40002220 | 40003401 | Subject Binder for Subject 068_002 |
| 210 | 40003402 | 40003503 | Subject Binder for Subject 068_003 |
| 211 | 40003504 | 40004199 | Subject Binder for Subject 068_004 |
| 212 | 40004200 | 40005357 | Subject Binder for Subject 068_005 |
| 213 | 40005358 | 40006323 | Subject Binder for Subject 068_006 |
| 214 | 40006324 | 40006433 | Subject Binder for Subject 068_007 |
| 215 | 40006434 | 40006567 | Subject Binder for Subject 068_008 |
| 216 | 40006568 | 40007091 | Subject Binder for Subject 068_009 |
| 217 | 40007092 | 40008149 | Subject Binder for Subject 068_010 |
| 218 | 40008150 | 40009187 | Subject Binder for Subject 068_011 |
| 219 | 40009188 | 40010225 | Subject Binder for Subject 068_012 |
| 220 | 40010226 | 40011269 | Subject Binder for Subject 068_013 |
| 221 | 40011270 | 40012267 | Subject Binder for Subject 068_014 |
| 222 | 40012268 | 40013349 | Subject Binder for Subject 068_015 |
| 223 | 40013350 | 40014389 | Subject Binder for Subject 068_016 |
| 224 | 40014390 | 40015410 | Subject Binder for Subject 068_017 |
| 225 | 40015411 | 40016494 | Subject Binder for Subject 068_018 |
| 226 | 40016495 | 40017246 | Subject Binder for Subject 068_019 |
| 227 | 40017247 | 40017976 | Subject Binder for Subject 068_020 |
| 228 | 40017977 | 40018268 | Subject Binder for Subject 068_021 |
| 229 | 40018269 | 40019042 | Subject Binder for Subject 068_022 |
| 230 | 40019043 | 40019804 | Subject Binder for Subject 068_023 |

| Exhibit | | Bates Beg No | Bates End No. | Description |
|---|---|---|---|---|
| 231 | | 40019805 | 40020572 | Subject Binder for Subject 068_024 |
| 232 | | 40020573 | 40021267 | Subject Binder for Subject 068_025 |
| 233 | | 40021268 | 40022017 | Subject Binder for Subject 068_026 |
| 234 | | 40022018 | 40022775 | Subject Binder for Subject 068_027 |
| 235 | | 40022776 | 40023543 | Subject Binder for Subject 068_028 |
| 236 | | 40023544 | 40024345 | Subject Binder for Subject 068_029 |
| 237 | | 40024346 | 40025095 | Subject Binder for Subject 068_030 |
| 238 | | 40025096 | 40025835 | Subject Binder for Subject 068_031 |
| 239 | | 40025836 | 40026433 | Subject Binder for Subject 068_032 |
| 240 | | 40026434 | 40026579 | Subject Binder for Subject 068_033 |
| 241 | | 40026580 | 40027083 | Subject Binder for Subject 068_034 |
| 242 | | 40027084 | 40027437 | Subject Binder for Subject 068_035 |
| 243 | | 40027438 | 40027801 | Subject Binder for Subject 068_036 |
| 244 | | 40027802 | 40028155 | Subject Binder for Subject 068_037 |
| 245 | | 40028156 | 40028543 | Subject Binder for Subject 068_038 |
| 246 | | 40028544 | 40028921 | Subject Binder for Subject 068_039 |
| 247 | | 40028922 | 40029197 | Subject Binder for Subject 068_040 |
| 248 | | 60021333 | 60021333.03 | Email 12.1.2017 Hensley to Craig Tom with Diaries and Updated Diaries |
| 249 | | 60021334 | 60021334.08 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_012 Original Diary |
| 250 | | 60021335 | 60021335.08 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_012 Modified Diary |
| 251 | | 60021336 | 60021336.08 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_013 Original Diary |
| 252 | | 60021337 | 60021337.08 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_013 Modified Diary |
| 253 | | 60021338 | 60021338.08 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_014 Original Diary |
| 254 | | 60021339 | 60021339.07 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_015 Original Diary |
| 255 | | 60021340 | 60021340.09 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_015 Modified Diary |
| 256 | | 60021341 | 60021341.08 | 12.1.2017 Email Attachment_HS_16_555 Subject 068_018 Original Diary |
| 257 | a | 40030549 | 40030549 | Photograph Seized_N28 No_Show Bags_2 |
| 257 | b | 40030551 | 40030551 | Photograph Seized N28 Bottles in No Show Bag 1 |
| 257 | c | 40030554 | 40030554 | Photograph Seized N28 Bottles in No Show Bag 2 |
| 257 | d | 10002492 | 10002492 | PLACEHOLDER_Photograph Evidence Locker N28 No_Show Bags_2 count |
| 257 | e | 10002493 | 10002493 | PLACEHOLDER_Photograph Evidence Locker N28 Bottles in No_Show Bag 1 |
| 257 | f | 10002494 | 10002494 | PLACEHOLDER_Photograph Evidence Locker N28 Bottles in No_Show Bag 2 |
| 257 | g | 10002495 | 10002495 | PLACEHOLDER_Physical Exhibit N28 No Show Bag |

| Exhibit | | Bates Beg No | Bates End No. | Description |
|---|---|---|---|---|
| 258 | a | 40030571 | 40030571 | Photograph Desk Drawer Seized 590 Hydrocodone Pills in Desk drawer |
| 258 | b | 40030572 | 40030572 | Photograph Seized  590 Hydrocodone Pills in Bag from Desk Drawer |
| 258 | c | 10002483 | 10002483 | PLACEHOLDER   Photograph Evidence Locker 590 Hydrocodone Pills in Bag |
| 258 | d | 10002484 | 10002484 | PLACEHOLDER   Physical Exhibit 590 Hydrocodone Pills in Bag |
| 259 | a | 40030580 | 40030580 | Photograph on  site B  Study Document Box Outside |
| 259 | b | 40030581 | 40030581 | Photograph on  site  B  Study Document Box Inside |
| 259 | c | 40030582 | 40030582 | Photograph Seized Plastic Bottle 136 morphine tablets |
| 259 | d | 40030583 | 40030583 | Photograph Seized  B  Study No  Show Bags |
| 259 | e | 10002479 | 10002479 | PLACEHOLDER   Photograph Evidence Locker Plastic Bottle 136 morphine tablets |
| 259 | f | 10002480 | 10002480 | PLACEHOLDER   Photograph Evidence Locker B  Study No  Show Bags |
| 259 | g | 10002481 | 10002481 | PLACEHOLDER   Physical Exhibit Plastic Bottle 136 morphine tablets |
| 259 | h | 10002482 | 10002482 | PLACEHOLDER   Physical Exhibit  B  Study No Show Bags |
| 260 | a | 40000598 | 40000598 | Photograph On  site Box of Phones 1 |
| 260 | b | 40000599 | 40000599 | Photograph On  site  Box of Phones 2 |
| 260 | c | 40001559 | 40001559 | Photograph Seized N  16 Electronic Diaries  Phones  front side |
| 260 | d | 40001560 | 40001560 | Photograph Seized N  16 Electronic Diaries  Phones back side |
| 260 | e | 10002496 | 10002496 | PLACEHOLDER   Photograph Evidence Locker N  16 Electronic Diaries  Phones  front side |
| 260 | f | 10002497 | 10002497 | PLACEHOLDER   Photograph Evidence Locker N  16 Electronic Diaries  Phones back side |
| 260 | g | 10002498 | 10002498 | PLACEHOLDER  Physical Exhibit  N  16 Electronic Diaries  Phones |
| 261 | | 40000252 | 40000252 | Photo of Exam Room #4 |
| 262 | | 40000256 | 40000256 | Photo of Exam Room |
| 263 | | 40000260 | 40000260 | Photo of Exam Room |
| 264 | | 40000435 | 40000435 | Photo of Conference Room |
| 265 | | 40000448 | 40000448 | Lab Photo |
| 266 | | 40000523 | 40000523 | Photo of Pharmacy |
| 267 | | 40000524 | 40000524 | Photo of Pharmacy |
| 268 | | 40000525 | 40000525 | Photo of Pharmacy |
| 269 | | 40000527 | 40000527 | Photo Box Empty Hydrocodone and Morphine bottles |
| 270 | | 40000528 | 40000528 | Photo Box Empty Hydrocodone and Morphine bottles |
| 271 | | 40000529 | 40000530 | Photo empty CAM shot syringes |
| 272 | | 40000531 | 40000531 | Photo empty bottles hydrocodone and morphine |
| 273 | | 40000533 | 40000533 | Photo DEA No. BM3164009 bottles of hydrocodone morphine buprenex |
| 274 | | 40000543 | 40000543 | Photo  Subject 022 binder   "no injection site" |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 275 | 40000614 | 40000614 | Floor Plan |
| 276 | 40000635 | 40000635 | Photo Patient Sign ins |
| 277 | 10000356 | 10000357 | Written Statement of Justina Bruinekool |
| 278 | 10000550 | 10000553 | Written Statement of Denisse Charles |
| 279 | 10001388 | 10001399 | Megna Credit Card Statements |
| 280 | 10002000 | 10002002 | USAO Letter to Eisinger re Megna |
| 281 | 11000001 | 11000470 | Clin Track Shipment Requests |
| 282 | 11000474 | 11000552 | CSM Chart of Shipments DEA 222 Forms etc. |
| 283 | 12000030 | 12000042 | Certified WA SoS Records for Incorporation of Mid Columbia Research |
| 284 | 15000138 | 15000144 | Letter re Site Monitoring Visit Follow Up Letter B1481020 |
| 285 | 21062166 | 21062166.07 | Email Mid Columbia Research to Ellingford re please email the LOI to them |
| 286 | 21102700 | 21102701 | Email Re Braeburn Screening Hold |
| 287 | 21128759 | 21128759 | Email Bawani to Correa re Back Pain Joventino |
| 288 | 21134763 | 21134763 | Email Correa to Bawani re Joventino |
| 289 | 21148017 | 21148017.03 | Email Kwang to Anwar re Braeburn |
| 290 | 21149227 | 21149227.04 | Email Ellingford to Kwang re Braeburn HS 16 555  Megna Site 068 Sample 222 Form |
| 291 | 21149235 | 21149235 | 11.15.2016 DEA OMB Order Form |
| 292 | 21520531 | 21520531 | Email Macias to Correa cc Anwar re HS 16 555 Diaries |
| 293 | 21520532 | 21520532.15 | Back up Patient Diary 068 029 |
| 294 | 21520547 | 21520547.08 | Back up Patient Diary 068 028 |
| 295 | 21520555 | 21520555.09 | Back up Patient Diary 068 023 |
| 296 | 21520564 | 21520564.16 | Back up Patient Diary 068 022 |
| 297 | 21520580 | 21520580.08 | Back up Patient Diary 068 024 |
| 298 | 21520588 | 21520588.01 | Back up Patient Diary 068 027 |
| 299 | 21520596 | 21520596.12 | Back up Patient Diary 068 026 |
| 300 | 21520608 | 21520608.10 | Back up Patient Diary 068 025 |
| 301 | 21520618 | 21520618.04 | Letter to Kwang re radomization visit re Select Entries 025 026 027 024  022 023 028 029 |
| 302 | 21520622 | 21520622.04 | Letter to Kwang re radomization visit re Select Entries 025 026 027 024  022 023 028 029 |
| 303 | 21574543 | 21574543 | Email Megna to Megna re E mail |
| 304 | 21587402 | 21587402 | Email Megna to Megna re E mail |
| 305 | 21852091 | 21852091.02 | Email Charles to Charles re Braeburn |
| 306 | 23340122 | 23340122.06 | Email Leduc to Anwar re dal GenE FDA Warning Letter |
| 307 | 40000931 | 40000936 | DEA 222 Forms for Braeburn Study |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 308 | 40000932 | 40000932 | Braeburn Master Subject Log |
| 309 | 40000942 | 40000947 | Braeburn Master Subject Log |
| 310 | 40000948 | 40000981 | Garduno Notebook |
| 311 | 40000984 | 40001020 | Garduno Handwritten Notes |
| 312 | 40001021 | 40001022 | Handwritten Notes |
| 313 | 40001023 | 40001058 | ClinTrak Printouts with Handwritten Notes |
| 314 | 40001175 | 40001195 | Garduno Spiral Notebook |
| 315 | 40001196 | 40001308 | Loose Papers |
| 316 | 40001309 | 40001441 | ClinTrak Printouts with Post Its |
| 317 | 40001442 | 40001557 | ClinTrack Printouts with Handwriting |
| 318 | 40001562 | 40001653 | N 18 Rosa Macias Chiesi Asthma Study File |
| 319 | 40029289 | 40029583 | Checks for Braeburn Study Subjects |
| 320 | 40029607 | 40029610 | Letter from Medpace to Megna re Study Termination |
| 321 | 40029613 | 40029681 | DEA 222 Froms |
| 322 | 40029694 | 40029697 | Email Hagood to Ellingford and Megna |
| 323 | 40029885 | 40029888 | Letter from Medpace to Megna re Audit Follow Up |
| 324 | 40029899 | 40029900 | Email Kwang to Correa re BPN3LBP |
| 325 | 40029901 | 40029903 | Letter from Kwang to Megna re Routine Monitoring Follow Up Letter |
| 326 | 40029904 | 40029905 | Letter from Kwang to Megna re Routine Monitoring Follow Up Letter |
| 327 | 40029906 | 40029907 | Letter from Kwang to Megna re Routine Monitoring Follow Up Letter |
| 328 | 40029913 | 40029914 | Letter from Medpace announcing the audit |
| 329 | 40029978 | 40030365 | Product Packing Slips |
| 330 | 40030366 | 40030532 | Drug Accountability Log |
| 331 | 40030533 | 40030547 | Site Signature and Responsibility Log |
| 332 | 40030548 | 40030548 | Handwritten Note re Subject 068 032 |
| 333 | 60019331 | 60019364 | Braeburn Clinical Trial Agreement |
| 334 | 60019372 | 60019372 | Medpace Investigator Compliance Check Form |
| 335 | 60019376 | 60019379 | Pain Clinical Trial Questionaire |
| 336 | 60019402 | 60019473 | Braeburn Paper Diaries |
| 337 | 60019474 | 60019483 | Qualification Visit Report |
| 338 | 60019498 | 60019524 | Site Close out Report |
| 339 | 60019557 | 60019579 | **Routine Close Out Report** |
| 340 | 60019933 | 60020242 | Amendment 5 to Braeburn Study Protocol |

| Exhibit | Bates Beg No | Bates End No. | Description |
|---|---|---|---|
| 341 | 60020701 | 60020707 | Email Lindeman re anonymous concerns |
| 342 | 60020747 | 60020750 | Braeburn Audit Plan |
| 343 | 60020757 | 60020761 | Email Hand to Lindeman re Braeburn Audit |
| 344 | 60020806 | 60020807 | Email Lindeman re update on complaint |
| 345 | 60020908 | 60020909 | Braeburn Letter to FDA |
| 346 | 60020931 | 60020945 | Slide Deck re Audit |
| 347 | 60021025 | 60021034 | Medpace Checks to Mid Columbia Research |
| 348 | 60021152 | 60021161 | Letter to IRB re Corrective Actions in Braeburn |
| 349 | 60021176 | 60021179 | Letter Braeburn to Galloway |
| 350 | 60021186 | 60021186.15 | ClinTrak EDC Login Info.pdf |
| 351 | 60021188 | 60021188 | Email from Braeburn to DEA with Site Payments |
| 352 | 60021189 | 60021189.02 | Site Payment Spreadsheet for Braeburn Study.pdf |
| 353 | 60021190 | 60021191 | Braeburn Form FDA 1572 11.9.2016 |
| 354 | 60021241 | 60021241 | Site Termination Letter from Medpace |
| 355 | 21198660 | 2119860.08 | Medpace 1st Amendment Clinical Trial Agreement 01.03.2017 |
| 356 | 60021242 | 60021244 | Medpace 2nd Amendment Clinical Trial Agreement 09.26.2017 |
| 357 | 60021246 | 60021261 | Braeburn Audit Report |
| 358 | 60021300 | 60021300.41 | PMP Spreadsheet Braeburn Subject Sept 1 2016 Dec 31 2016.pdf |
| 359 | 10002465 | 10002465.04 | DEA 6 Explanation of PMP Spreadsheet |
| 360 | 90200144 | 90200144 | Screen Shot of Anwar Phone Numbers |
| 361 | 10000362 | 10000362 | Email Ellingford to Tom attaching Pre Reg for GHB Study |
| 362 | 10000363 | 10000366 | Researcher Pre Reg Doc Background Questions for Researchers Megna |
| 363 | 10000367 | 10000370 | Email Ellingford to Tom re Next Week |
| 364 | 10000685 | 10001119 | GHB Application and Attachments |
| 365 | 10002045 | 10002046 | Email Bruinekook to Ellingford re GHB Study |
| 366 | 10002047 | 10002048 | Email Stover to Ellingford re GHB Study |
| 367 | 10002262 | 10002263 | Email Bruinekool to Tedesco cc Anwar re GHB |
| 368 | 10002264 | 10002269 | Email Stover to Ellingford re GHB Study |
| 369 | 10002278 | 10002281 | Email Anwar to Ellingford re GHB Study |
| 370 | 12000030 | 12000042 | Certified WA SoS Records for Incorporation of Mid Columbia Research |
| 371 | 10001232 | 10001233 | Written Statement of Cheta Nand M.D. |
| 372 | 10001510 | 10001511 | Written Statement of Elizabeth Liston |
| 373 | 10001546 | 10001547 | Garduno Email to Cruz re DOH |

| Exhibit | | Bates Beg No | Bates End No. | Description |
|---|---|---|---|---|
| 374 | | 10001563 | 10001567 | Cruz DOH Complaint |
| 375 | | 10001573 | 10001573 | Nand Termination Letter |
| 376 | | 10001577 | 10001583 | Zain Research DOH Complaint re Nand |
| 377 | | 10001589 | 10001593 | Bruinekool DOH Complaint |
| 378 | | 10001597 | 10001600 | Letter from Washington Department of Health to Justina Bruinekool |
| 379 | | 10001943 | 10001943 | WA License Plate BDW1291 |
| 380 | | 10002499 | 10002499 | PLACEHOLDER   YIN DOL Registration |
| 381 | | 10001957 | 10001957 | Picture Text from Aaron Fernandez to Daisy Garduno |
| 382 | | 10002500 | 10002500 | PLACEHOLDER   DOL Photo Megna |
| 383 | | 10002501 | 10002501 | PLACEHOLDER    DOL Photo Nand |
| 384 | | 10002502 | 10002502 | PLACEHOLDER   DOL Photo Anwar |
| 385 | | 20000062 | 20000063 | Nand Statement to RPD |
| 386 | | 20000067 | 20000081 | Richland P.D. Incident Investigation Report |
| 387 | | 21092049 | 21092049.4 | Email to Covance |
| 388 | | 21200568 | 21200568.08 | Email Re Passage Study |
| 389 | a | 21774329 | 21774329 | 1.04.2018 Denisse Charles Email re Complete Expense List for the month |
| 389 | b | 21774331 | 21774331.05 | Email attachment Complete Expense List for the month Jan 2018.pdf |
| 390 | | 22070004 | 22070005 | Anwar Email to Ellingford re EDC Memo Re Randomization |
| 391 | | 23005455 | 23005455.05 | Sami Anwar CV |
| 392 | | 23292648 | 23292648.02 | Anwar email to Warda Re Trial Join |
| 393 | | 23294274 | 23294274.02 | Email RE Alzheimer's study |
| 394 | | 23323051 | 23323051.07 | Email RE Protocol Deviations |
| 395 | | 23332756 | 23332756.05 | Anwar email to Sakic Re Sun Pharma |
| 396 | | 23356533 | 23356533.07 | Email to Astrazeneca |
| 397 | | 23362523 | 23362523.02 | Anwar Email to Ellingford re EDC Memo |
| 398 | | 90100001 | 90100001 | Galloway Cease and Desist Letter to Bruinekool |
| 399 | | 90100090 | 90100090 | PLACEHOLDER   Audio Justina Bruinekool Track 1 Unemployment Hearing |
| 400 | | 90100091 | 90100091 | PLACEHOLDER Audio Justina Bruinekool Track 2 Unemployment Hearing |
| 401 | | 90100092 | 90100092.93 | Bruinekool Transcript Unemployment Hearing |
| 402 | | 90400041 | 90400041 | PLACEHOLDER   Audio Phet Phiouphanh Track 1 Unemployment Hearing |
| 403 | | 90400042 | 90400042 | PLACEHOLDER   Audio Phet Phiouphanh Track 2 Unemployment Hearing |
| 404 | | 90400043 | 90400043 | PLACEHOLDER   Audio Phet Phiouphanh Track 3 Unemployment Hearing |
| 405 | | 90400044 | 90400044 | PLACEHOLDER   Audio Phet Phiouphanh Track 4 Unemployment Hearing |

| Exhibit | | Bates Beg No | Bates End No. | Description |
|---|---|---|---|---|
| 406 | | 90400045 | 90400045 | PLACEHOLDER   Audio Phet Phiouphanh Track 5 Unemployment Hearing |
| 407 | | 90400046 | 90400046 | PLACEHOLDER   Audio Phet Phiouphanh Track 6 Unemployment Hearing |
| 408 | | 90400047 | 90400047 | PLACEHOLDER   Audio Phet Phiouphanh Track 7 Unemployment Hearing |
| 409 | | 90400048 | 90400048.54 | Phet Phiouphanh Transcript Unemployment hearing |
| 410 | | 90700001 | 90700001 | PLACEHOLDER   Audo Denisse Charles Audio Unemployment Hearing |
| 411 | | 90700002 | | PLACEHOLDER   Denisse Charles Transcript Unemployment Hearing |
| 412 | | 10002503 | 10002503.03 | Photo Anwar Text Messages |
| 413 | | 12000010 | 12000022 | Certified WA SoS Records for Incorporation of GS Trials |
| 414 | | 13000940 | 13000942 | FDA Form 1572 for Fibrosis Cirrhosis Study |
| 415 | | 13003819 | 13003822 | Sunil CV from FDA |
| 416 | | 90500023 | 90500023 | Hand  delivered resignation letter |
| 417 | | 10002485 | 10002485 | DEA Chart Deposits from Braeburn Medpace to MCR NO 7574 |
| 418 | | 10002486 | 10002486 | DEA Table Sponsor payments to ZR AND MCR |
| 419 | | 10002487 | 10002487 | DEA Table Summary ZR Open Invoices per study as of 9.24.15 |
| 420 | | 24000565 | 24000580 | Zain Research Open Invoices as of 9.24.15 |
| 421 | | 10002488 | 10002488 | DEA Table Summary General Ledger Report ZR 2014 Payor and Total Revenue |
| 422 | | 10002489 | 10002489 | PPT slide. Chart Revenue Summary ZR MCR  2014 to 2017 |
| 423 | a | 21018893 | 21018893.05 | Email re H1 B Employer information form |
| 423 | b | 21018901 | 21018901.02 | Email attachment H1 B Documents ZMR Employer information form |
| 424 | | 21843469 | 21843469.24 | H1 B Document ZMR 2015 Zain Tax Return |
| 425 | | 10002491 | 1002491.02 | Miscellaneous Income   For Taxes |
| 426 | | 23280947 | 23280947.154 | Zain 2014 GL Spreadsheet |
| 427 | | 30015626 | 30015670 | KeyBank Records No. 7574 |
| 428 | | 30015388 | 30015452 | KeyBank Records No. 2175 |
| 429 | | 30015102 | 30015102 | KeyBank Records No. 4371 |
| 430 | | 30015112 | 30015112 | KeyBank Records No. 4371 |
| 431 | | 30015115 | 30015115 | KeyBank Records No. 4371 |
| 432 | | 30015460 | 30015478 | KeyBank Records No. 4371 |
| 433 | | 30000194 | 30000352 | US Bank No. 9512 |
| 434 | | 30003160 | 30003225 | US Bank No. 6396 |
| 435 | | 30016135 | 30016161 | Nand Signature Cards Zain US Bank Accounts |