William D. Hyslop
United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Assistant United States Attorney
Daniel H. Fruchter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMI ANWAR, MID COLUMBIA RESEARCH, LLC, and ZAIN RESEARCH, LLC,

    Defendant.

Case No. 4:18-CR-06054-EFS

United States' Supplemental Exhibit List

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Tyler H.L. Tornabene, Assistant United States Attorney for the Eastern District of Washington, and Daniel H. Fruchter, Assistant United States Attorney for the Eastern District of Washington, submits the following Supplemental Exhibit List, adding the following exhibits to the United States' Exhibit List (ECF No. 130):

| Ex. | Beg. Bates | End Bates | Description |
|---|---|---|---|
| 439 | 13003571 | 13003573 | Hashmi FDA 1572 May 14 2015 |

United States' Supplemental Exhibit List - 1

| 440 | 13000877 | 13000879 | Hashmi FDA 1572 April 15 2014 |
| 441 | 13000874 | 13000876 | Hashmi FDA 1572 June 16 2015 |
| 442 | N/A | | Stipulation RE Interstate Wires and Mails |
| 443 | N/A | | Stipulation RE Drug Evidence and Forensic Lab Results |

On November 2, 2019, the United States provided written notice to the defense of its intent to offer exhibits 439, 440, and 441 pursuant to Fed. R. Evid. 902(11) notice and certification requirements. Exhibits 442 and 443 are stipulations between the parties that have also been filed as ECF Nos. 150 and 149 respectively.

RESPECTFULLY SUBMITTED this 5th day of November, 2019,

WILLIAM D. HYSLOP
UNITED STATES ATTORNEY

*s/ Tyler H.L. Tornabene*
Tyler H.L. Tornabene
Daniel Hugo Fruchter
Assistant United States Attorneys

United States' Supplemental Exhibit List - 2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 5, 2019, I electronically filed the foregoing with the Clerk of the Court and parties of record using the CM/ECF System, which will send notification of such filing to the following:

John Gary Metro, counsel for the Defendants

                                        *s/ Tyler H.L. Tornabene*
                                        Tyler H.L. Tornabene
                                        Assistant United States Attorney