1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Daniel Hugo Fruchter
4  Tyler H.L. Tornabene
   Brian Donovan
5  Assistant United States Attorneys
6  Post Office Box 1494
   Spokane, WA 99210-1494
7  Telephone: (509) 353-2767
8
9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
10

11  UNITED STATES OF AMERICA,      )
12                                 )
                    Plaintiff,     )   Case No.: 4:18-CR-6054-SMJ
13            vs.                  )
                                   )
14                                 )   EXHIBIT LIST AND WITNESS
    SAMI ANWAR,                    )   LIST FOR FORFEITURE TRIAL
15  MID COLUMBIA RESEARCH,         )
16  LLC, ZAIN RESEARCH, LLC        )   March 11, 2020, 10 a.m.
                                   )   Richland, Washington
17                                 )
                    Defendants.    )
18

19
20      Pursuant to the Court's December 6, 2019 Order Setting Restitution Bench
21  Trial and Resetting Sentencing Hearing (ECF No. 187), the United States
22  respectfully submits this list of witnesses the United States may call (all of whom
23  previously testified at the November 2019 jury trial) and exhibits that the United
24  States intends to admit at trial.
25  //
26  //
27  //
28

United States' Exhibit List and Witness List for Forfeiture Trial - 1

1. <u>Witnesses</u>

   - Craig Tom, Group Supervisor/Diversion Investigator, Drug Enforcement Administration
   - Kevin Tripp, Diversion Investigator, Drug Enforcement Administration
   - Perry Coulton

2. <u>Exhibits</u>

   Note: Where a proposed exhibit is a summary chart of voluminous evidence under Fed. R. Evid. 1006, the underlying exhibits are also identified herein and may also be used/admitted to the extent needed.

| Forfeiture Trial Exhibit | Jury Trial Exhibit | Stipulated by Defense? | Admitted at Trial? | Brief Description |
|---|---|---|---|---|
| 1 | 422 | Yes. Summary of Stipulated and Admitted Evidence (Trial Exhibits 426, 424, 423b, 436, 437, 429) | Yes | DEA Summary Chart of Total Clinical Research Trial Proceeds 2014-2017 |
| 2 | 418 | Yes. Summary of stipulated and admitted evidence (Trial Exh. 105, 140, 352) | Yes | DEA Summary Chart of Clinical Research Trial Proceeds from Pfizer and Braeburn Studies |

United States' Exhibit List and Witness List for Forfeiture Trial - 2

| Forfeiture Trial Exhibit | Jury Trial Exhibit | Stipulated by Defense? | Admitted at Trial? | Brief Description |
|---|---|---|---|---|
| 3 | 417 | Yes. Summary of stipulated and admitted evidence (Trial Exh. 429, 431, 435) | Yes | DEA Summary and Demonstrative of Braeburn study payments to Mid Columbia Research and transfers/payments to Sami Anwar personal accounts |
| 4 | 429 | Yes | Yes | Mid Columbia Research Bank Account Records |
| 5 | 347 | Yes | Yes | Braeburn Study Checks to Mid Columbia Research |
| 6 | 434 and 435 | Yes | Yes | Sami Anwar Personal Bank Account Records |
| 7 | 431 | Yes | Yes | Sami Anwar Personal Bank Account Records |

Dated: February 27, 2020.

William D. Hyslop
United States Attorney

*s/Dan Fruchter*
Tyler H.L. Tornabene
Daniel Hugo Fruchter
Brian Donovan
Assistant United States Attorneys

United States' Exhibit List and Witness List for Forfeiture Trial - 3

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to John Gary Metro, counsel of record for Defendants Sami Anwar, Mid Columbia Research, LLC, and Zain Research, LLC.

*s/Dan Fruchter*
Dan Fruchter
Assistant United States Attorney