William D. Hyslop
United States Attorney
Eastern District of Washington
Daniel Hugo Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMI ANWAR,<br>MID COLUMBIA RESEARCH, LLC,<br>ZAIN RESEARCH, LLC,<br><br>Defendants. | Case No.: 4:18-CR-6054-EFS<br><br>United States' Witness and Exhibit Lists for Sentencing Hearing |

The United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Daniel Hugo Fruchter and Tyler H.L. Tornabene, Assistant United States Attorneys for the Eastern District of Washington, respectfully submits the following Exhibit and Witness List for Sentencing.

The United States intends to call one witness at the Sentencing Hearing: Diversion Investigator Craig Tom of the Drug Enforcement Administration. The United States intends to offer into evidence the below exhibits during the Sentencing Hearing. In order to keep the record clear, the exhibits for the Sentencing Hearing are numbered starting at 501:

United States' Witness and Exhibit Lists for Sentencing Hearing – 1

| Ex. # | Admitted | Description |
|---|---|---|
| 501 | | ESD Overpayment Letter Bruinekool 7-27-2018 |
| 502 | | ESD Overpayment Letter to Bruinekool 10-2-2018 |
| 503 | | ESD Overpayment Statement to Bruinekool 1-7-2020 |
| 504 | | Image 0220- Texts between Yin and Bruinekool |
| 505 | | Image 0221- Texts between Yin and Bruinekool |
| 506 | | Image 0222- Texts between Yin and Bruinekool |
| 507 | | Image 0223- Texts between Yin and Bruinekool |
| 508 | | Image 1065- Photo of Pfizer Binder for Subject 1004 |
| 509 | | Image 1066- Photo of Pfizer Binder for Subject 1005 |
| 510 | | Image 1077- Photo of Pfizer Binder |
| 511 | | Image 0379- Photo of Target with Bullet Holes |
| 512 | | Image 0349- Photo of Note Re: WB |
| 513 | | Photo of Phone Numbers |
| 514 | | Photo Re: DK Binder |
| 515 | | Photo Re: DK Death |
| 516 | | Image 0167- Photo Re: Deportation |

In addition, the United States may use exhibits, previously marked at trial, at the Sentencing Hearing. These include the following listed by their trial exhibit

United States' Witness and Exhibit Lists for Sentencing Hearing – 2

number and whether or not they were admitted at trial, not admitted but stipulated to, or neither admitted nor stipulated to (i.e. "Marked"):

| Ex. # | Admitted | Description |
|---|---|---|
| 105 | Admitted | ICON Payments Spreadsheet for Cholesterol Study |
| 125 | Stipulated | Ledger of Payments |
| 140 | Admitted | Payment Spreadsheet for Smoking Study |
| 277 | Marked | Written Statement of Justina Bruinekool 1-24-2018 |
| 347 | Admitted | Medpace Checks to Mid-Columbia Research |
| 352 | Admitted | Site Payment Spreadsheet for Braeburn Study |
| 378 | Stipulated | Letter from WA DOH to Bruinekool |
| 379 | Admitted | WA License Plate BDW1291 |
| 380 | Admitted | Yin DOL Registration |
| 381 | Admitted | Text from Fernandez to Garduno |
| 386 | Marked | Richland PD Report Re: Bruinekool |
| 401 | Marked | Transcript of Bruinekool Unemployment Hearing |
| 417 | Admitted | DEA Chart- Deposits from Braeburn Medpace to MCR |
| 418 | Admitted | DEA Table- Sponsor payments to ZR and MCR |
| 419 | Admitted | DEA Table- Summary ZR Open Invoices |
| 420 | Admitted | Zain Research Open Invoices |
| 421 | Marked | DEA Table- Summary General Ledger ZR Report 2014 |

United States' Witness and Exhibit Lists for Sentencing Hearing – 3

| | | |
|---|---|---|
| 422 | Admitted | PPT Slide Chart- Revenue Summary ZR MCR 2014-17 |
| 423a | Admitted | Email re H1 B Employer Information form |
| 423b | Admitted | Email attachment- H1 B Documents ZMR |
| 424 | Admitted | H1 B Documents 2015 Zain Tax Return |
| 425 | Stipulated | Miscellaneous Income – For Taxes |
| 426 | Admitted | Zain 2014 GL Spreadsheet |
| 429 | Admitted | Keybank Records No. 7574 |
| 431 | Admitted | Keybank Records No. 2175 |
| 432 | Stipulated | Keybank Records No. 4371 |
| 433 | Stipulated | Keybank Records No. 4371 |
| 434 | Admitted | Keybank Records No. 4371 |
| 435 | Admitted | Keybank Records No. 4371 |
| 436 | Stipulated | US Bank No. 9512 |
| 437 | Stipulated | US Bank No. 6396 |
| 444 | Marked | Bruinekool Subject Names Email |

Per this Court's Notice Re: September 30th Sentencing Hearing (ECF No. 231), the Court has set aside 45 minutes for the hearing. However, the United States has been advised that at least five individual victims may be present and may wish to address the Court. In addition, Diversion Investigator Tom's testimony is anticipated to be 45 minutes to an hour. Accordingly, between any

United States' Witness and Exhibit Lists for Sentencing Hearing – 4

defense presentation and sentencing arguments, the United States respectfully requests that the Court set aside the morning for the Sentencing Hearing if possible.

RESPECTFULLY SUBMITTED this 23rd day of September, 2020.

William D. Hyslop
United States Attorney

*s/ Tyler H.L. Tornabene*
Daniel Hugo Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys

United States' Witness and Exhibit Lists for Sentencing Hearing – 5

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Gary Metro
Attorney at Law
719 Jadwin Avenue
Richland, Washington 99352

*s/ Tyler H.L. Tornabene*
Tyler H.L. Tornabene
Assistant United States Attorney

United States' Witness and Exhibit Lists for Sentencing Hearing – 6