William D. Hyslop
United States Attorney
Eastern District of Washington
Daniel Hugo Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SAMI ANWAR,<br> MID COLUMBIA RESEARCH, LLC,<br> ZAIN RESEARCH, LLC,<br><br>  Defendants. | Case No.: 4:18-CR-6054-EFS<br><br>United States' Second Supplemental Exhibit List for Sentencing Hearing |

The United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Daniel Hugo Fruchter and Tyler H.L. Tornabene, Assistant United States Attorneys for the Eastern District of Washington, respectfully submits the following Second Supplemental Exhibit List for Sentencing.

In addition to the exhibits listed in ECF Nos. 232 and 233, the United States also intends to offer into evidence the below additional exhibits during the Sentencing Hearing:

United States' 2nd Supplemental Exhibit List for Sentencing Hearing – 1

| Ex. # | Admitted | Description |
|---|---|---|
| 518 | | Screen Shot of DK Memorial |
| 519 | | Email DK to Anwar 8-3-2015 |
| 520 | | Photo of DK Hydrocodone Pill Bottle |

RESPECTFULLY SUBMITTED this 28th day of September, 2020.

    William D. Hyslop
    United States Attorney

    *s/ Tyler H.L. Tornabene*
    Daniel Hugo Fruchter
    Tyler H.L. Tornabene
    Assistant United States Attorneys

United States' 2nd Supplemental Exhibit List for Sentencing Hearing – 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Gary Metro
Attorney at Law
719 Jadwin Avenue
Richland, Washington 99352

<u>s/ Tyler H.L. Tornabene</u>
Tyler H.L. Tornabene
Assistant United States Attorney

United States' 2nd Supplemental Exhibit List for Sentencing Hearing – 3