# WITNESS LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *UNITED STATES OF AMERICA*<br>*Plaintiff,*<br><br>*-vs-*<br><br>*SAMI ANWAR (1);*<br>*MID COLUMBIA RESEARCH LLC (2); and*<br>*ZAIN RESEARCH LLC (3),*<br><br>*Defendants.* | **Location:** Richland, WA<br><br>**Case No.:** 4:18-CR-6054-EFS-1, 2, 3 |

**JURY TRIAL DATES: September 30, 2020 through October 1, 2020**

| **HON. EDWARD F. SHEA** | Ronelle Corbey | Sara Gore |
|---|---|---|
| **Presiding Judge** | **Court Reporter** | **Courtroom Deputies** |
| Tyler Tornabene<br>Daniel Fruchter | | Gary Metro for all Defendants |
| **Government Counsel** | | **Defense Counsel** |

| Date | Identifications/Exhibits Discussed | Government | Name of Witness |
|---|---|---|---|
| 9/30/2020 | 422, 423b, 424, 429, 418, 419, 417, 421, 426, 436, 437, 105, 140, 352, 277, 504, 505, 506, 507, 517, 381, 318, 379, 380, 386, 378, 401, 501, 502, 503, 509, 510, 513, 516, 511, 512, 514, 520, 519, 515, 83 | Government | Craig Tom, DEA |