| | |
|---|---|
| **SENTENCING EXHIBIT LIST** | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| *UNITED STATES OF AMERICA*<br><br>*Plaintiff,*<br><br>*-vs-*<br><br>*SAMI ANWAR (1);*<br>*MID COLUMBIA RESEARCH LLC (2); and*<br>*ZAIN RESEARCH LLC (3),*<br><br>*Defendants.* | **LOCATION:  RICHLAND**<br><br>**Case No.:** 4:18-CR-06054-EFS-1, 2, 3 |

**SENTENCING DATES:  September 30, 2020 to October 1, 2020**

| **HON. EDWARD F. SHEA** | Ronelle Corbey | Sara Gore |
|---|---|---|
| **Presiding Judge** | **Court Reporter** | **Courtroom Deputies** |

| Daniel Fruchter<br>Tyler Tornabene | John Gary Metro for all Defendants |
|---|---|
| **Government Counsel** | **Defense Counsel** |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Identifications/Exhibits |
|---|---|---|---|---|---|
| 501 | | 9/30/2020 | 9/30/2020 | √ | ESD Overpayment Letter Bruinekool 7-27-2018 |
| 502 | | 9/30/2020 | 9/30/2020 | √ | ESD Overpayment Letter to Bruinekool 10-2-2018 |
| 503 | | 9/30/2020 | 9/30/2020 | √ | ESD Overpayment Statement to Bruinekool 1-7-2020 |
| 504 | | 9/30/2020 | 9/30/2020 | √ | Image 0220- Texts between Yin and Bruinekool |
| 505 | | 9/30/2020 | 9/30/2020 | √ | Image 0221- Texts between Yin and Bruinekool |
| 506 | | 9/30/2020 | 9/30/2020 | √ | Image 0222- Texts between Yin and Bruinekool |
| 507 | | 9/30/2020 | 9/30/2020 | √ | Image 0223- Texts between Yin and Bruinekool |
| 508 | | | | | Image 1065- Photo of Pfizer Binder for Subject 1004 |
| 509 | | 9/30/2020 | 9/30/2020 | √ | Image 1066- Photo of Pfizer Binder for Subject 1005 |

**SENTENCING EXHIBIT LIST** - Page 2

*United States -vs- Anwar, et al.*
Case No.: 4:18-CR-06054-EFS-1, 2, 3

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Identifications/Exhibits |
|---|---|---|---|---|---|
| 510 | | 9/30/2020 | 9/30/2020 | √ | Image 1077- Photo of Pfizer Binder |
| 511 | | 9/30/2020 | 9/30/2020 | √ | Image 0379- Photo of Target with Bullet Holes |
| 512 | | 9/30/2020 | 9/30/2020 | √ | Image 0349- Photo of Note Re: WB |
| 513 | | 9/30/2020 | 9/30/2020 | √ | Photo of Phone Numbers |
| 514 | | 9/30/2020 | 9/30/2020 | √ | Photo Re: DK Binder |
| 515 | | 9/30/2020 | 9/30/2020 | √ | Photo Re: DK Death |
| 516 | | 9/30/2020 | 9/30/2020 | √ | Image 0167- Photo Re: Deportation |
| 517 | | 9/30/2020 | 9/30/2020 | √ | Image 0224- Texts between Yin and Bruinekool |
| 518 | | | | | Screen Shot of DK Memorial |
| 519 | | 9/30/2020 | 9/30/2020 | √ | Email DK to Anwar 8-3-2015 |
| 520 | | 9/30/2020 | 9/30/2020 | √ | Photo of DK Hydrocodone Pill Bottle |
| **Exhibits from Trial** | | | | | |
| 83 | | 9/30/2020 | 9/30/2020 | √ | Site Termination Letter for Cholesterol Study |
| 105 | | 9/30/2020 | 9/30/2020 | √ | ICON Payments Spreadsheet for Cholesterol Study |
| 125 | | | | | Ledger of Payments |
| 140 | | 9/30/2020 | 9/30/2020 | √ | Payment Spreadsheet for Smoking Study |
| 277 | | 9/30/2020 | 9/30/2020 | √ | Written Statement of Justina Bruinekool 1-24-2018 |
| 347 | | | | | Medpace Checks to Mid-Columbia Research |
| 379 | | | | | WA License Plate BDW1291 |

**SENTENCING EXHIBIT LIST** - Page 3

*United States -vs- Anwar, et al.*
Case No.: 4:18-CR-06054-EFS-1, 2, 3

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Identifications/Exhibits |
|---|---|---|---|---|---|
| 380 | | 9/30/2020 | Previously Admitted at Trial | √ | Yin DOL Registration |
| 381 | | 9/30/2020 | Previously Admitted at Trial | √ | Text from Fernandez to Garduno |
| 386 | | 9/30/2020 | 9/30/2020 | √ | Richland PD Report Re: Bruinekool |
| 401 | | 9/30/2020 | 9/30/2020 | √ | Transcript of Bruinekool Unemployment Hearing |
| 417 | | 9/30/2020 | Previously Admitted at Trial | √ | DEA Chart- Deposits from Braeburn Medpace to MCR |
| 418 | | 9/30/2020 | Previously Admitted at Trial | √ | DEA Table- Sponsor payments to ZR and MCR |
| 419 | | 9/30/2020 | Previously Admitted at Trial | √ | DEA Table- Summary ZR Open Invoices |
| 420 | | | | | Zain Research Open Invoices |
| 421 | | 9/30/2020 | 9/30/2020 | √ | DEA Table- Summary General Ledger ZR Report 2014 |
| 422 | | 9/30/2020 | Previously Admitted at Trial | √ | PPT Slide Chart- Revenue Summary ZR MCR 2014-17 |
| 423a | | | | | Email re H1 B Employer Information form |
| 423b | | 9/30/2020 | Previously Admitted at Trial | √ | Email attachment- H1 B Documents ZMR |
| 424 | | 9/30/2020 | Previously Admitted at Trial | √ | H1 B Documents 2015 Zain Tax Return |
| 425 | | | | | Miscellaneous Income – For Taxes |
| 426 | | 9/30/2020 | 9/30/2020 | √ | Zain 2014 GL Spreadsheet |
| 429 | | 9/30/2020 | Previously Admitted at Trial | √ | Keybank Records No. 7574 |
| 431 | | | | | Keybank Records No. 2175 |
| 432 | | | | | Keybank Records No. 4371 |
| 433 | | | | | Keybank Records No. 4371 |

**SENTENCING EXHIBIT LIST** - Page 4          *United States -vs- Anwar, et al.*
Case No.: 4:18-CR-06054-EFS-1, 2, 3

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Identifications/Exhibits |
|---|---|---|---|---|---|
| 434 | | | | | Keybank Records No. 4371 |
| 435 | | | | | Keybank Records No. 4371 |
| 436 | | 9/30/2020 | 9/30/2020 | √ | US Bank No. 9512 |
| 437 | | 9/30/2020 | 9/30/2020 | √ | US Bank No. 6396 |
| 444 | | | | | Bruinekool Subject Names Email |