FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 01 2020

SEAN F. McAVOY, CLERK
                    DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 4:18-CR-6054-EFS-1, 2, 3 |
| ) | |
| vs. ) | |
| ) | RECEIPT FOR IDENTIFICATIONS |
| ) | AND EXHIBITS |
| SAMI ANWAR (1); ) | |
| MID COLUMBIA RESEARCH LLC (2); ) | |
| ZAIN RESEARCH LLC (3), ) | |
| ) | |
| Defendants. ) | |

Plaintiff's Identifications and Exhibits were returned for retention pursuant to Local Civil Rule 79.1 on the 1st day of October, 2020.

Signature: _____
Tyler Tornabene
Attorney for the Plaintiff

Signature: _____
Daniel Fruchter
Attorney for the Plaintiff

RECEIPT FOR IDENTIFICATIONS AND EXHIBITS