AO 245E (Rev. 09/19) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| MID COLUMBIA RESEARCH LLC | |

Case Number: 4:18-CR-06054-EFS-2

John Gary Metro
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☐ pleaded guilty to count(s)
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☒ was found guilty on count(s) after a plea of not guilty.    1s, 2s, 3s-25s, 26s-40s, 41s-46s and 47s

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 1349 - CONSPIRACY TO COMMIT WIRE FRAUD | 11/16/2018 | 1s |
| 18 U.S.C. § 1349 - CONSPIRACY TO COMMIT MAIL FRAUD | 11/16/2018 | 2s |
| 18 U.S.C. § 1343 - WIRE FRAUD | 11/09/2017 | 3s-25s |
| 18 U.S.C. § 1341 - MAIL FRAUD | 09/28/2017 | 26s-40s |
| 21 U.S.C. § 843(a)(3) - FRAUDULENTLY OBTAINING CONTROLLED SUBSTANCES | 09/29/2017 | 41s-46s |
| 21 U.S.C. § 843(a)(4)(A) - FURNISHING FALSE OR FRAUDULENT MATERIAL INFORMATION | 05/12/2017 | 47s |

The defendant organization is sentenced as provided in pages 2 through 4 of this judgment.

☐ The defendant organization has been found not guilty on count(s)
☐ Count(s)    ☐ is   ☐ are dismissed on the motion of the United States

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.

Defendant Organization's Principal Business Address:
N/A

Defendant Organization's Mailing Address:
N/A

10/1/2020
Date of Imposition of Judgment

*Edward F. Shea* (signature)
Signature of Judge

The Honorable Edward F. Shea    Judge, U.S. District Court
Name and Title of Judge

10/06/2020
Date

AO 245E   (Rev. 09/19)   Judgment in a Criminal Case for Organizational Defendants
           Sheet 2B – Probation

Judgment -- Page 2 of 4

DEFENDANT ORGANIZATION: MID COLUMBIA RESEARCH LLC
Case Number:    4:18-CR-06054-EFS-2

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:  N/A; Organization no longer exist.

DEFENDANT ORGANIZATION: MID COLUMBIA RESEARCH LLC  
Case Number: 4:18-CR-06054-EFS-2

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $18,800.00 | $.00 | $1,890,550.10 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Pfizer | $658,513.77 | $658,513.77 | |
| Braeburn | $435,732.93 | $435,732.93 | |
| Biorasi | $739,984.20 | $739,984.20 | |
| Medpace | $46,988 | $46,988 | |
| Finch Therapeutics | $9,331.20 | $9,331.20 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the     ☐ fine     ☒ restitution

☐ the interest requirement for the     ☐ fine     ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E   (Rev. 09/19)   Judgment in a Criminal Case for Organizational Defendants     Judgment -- Page 4 of 4
                  Sheet 8 – Reason for Amendment

---

DEFENDANT ORGANIZATION: MID COLUMBIA RESEARCH LLC
Case Number:   4:18-CR-06054-EFS-2

# SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    ☐   Lump sum payments of $ _____ due immediately, balance due
      ☐   not later than _____ , or
      ☐   in accordance with    ☐   C,    ☐   D below; or

**B**    ☒   Payment to begin immediately (may be combined with    ☐   C,    ☐   D or    ☒   F below);

**C**    ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**    ☒   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the following address until monetary penalties are paid in full: Clerk, U.S. District Court, Attention: Finance, P.O. Box 1493, Spokane, WA 99210-1493.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒    Joint and Several

       Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

       **Restitution: $1,890,550.10:**

       Sami Anwar: 4:18-cr-06054-EFS-1
       Zain Research LLC: 4:18-cr-06054-EFS-3

☐    The defendant organization shall pay the cost of prosecution.

☐    The defendant organization shall pay the following court cost(s):

☐    The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.